THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY FREY, a Washington resident, on behalf of himself and all others similarly situated,<br><br>        Plaintiff and Counter-Defendant,<br><br>  v.<br><br>3PD, INC., a Georgia corporation,<br><br>        Defendant and Counter-Plaintiff. | CASE NO. C08-0630-JCC<br><br>STIPULATION AND ORDER AMENDNG CASE SCHEDULE |
| 3PD, INC., a Georgia corporation,<br><br>        Third-Party Plaintiff,<br><br>  v.<br><br>OUTBACK DELIVERY, LLC, a Washington limited liability company,<br><br>        Third-Party Defendant. | |

    WHEREAS this Court previously set the trial date for this matter for June 21, 2010;

    WHEREAS the current deadline for Plaintiffs to file their motion for class certification is April 30, 2009;

STIPULATION AND ORDER AMENDNG CASE
SCHEDULE - 1 08568340.doc

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

| | |
|---|---|
| 1 | WHEREAS the parties agree that the deadlines proposed in this case are reasonable in |
| 2 | light of the recently revised schedule in *Phelps et. al v. 3PD, Inc.*, Case No. 3:08-CV-0387-HU, |
| 3 | the Oregon case prosecuted and defended by many of the same counsel herein; |
| 4 | WHEREAS the parties have been working cooperatively and diligently regarding |
| 5 | discovery issues and do not anticipate any further delays; and |
| 6 | WHEREAS the trial date has not been previously changed. |
| 7 | Therefore the parties agree and stipulate as follows: |

### I. STIPULATION

The parties agree that good cause exists to amend the case management schedule as follows:

| Event | Deadline |
|---|---|
| Deadline for completing class certification discovery | 6/01/09 |
| Plaintiffs file motion for class certification | 6/15/09 |
| Defendants file opposition to motion for class certification | 7/22/09 |
| Plaintiffs file reply in support of motion for class certification | 8/21/09 |
| Hearing on motion for class certification | The week of 9/21/09 or whatever is convenient for the Court |
| Disclosure of expert witnesses and their reports | 5/3/10 |
| Disclosure of rebuttal expert witnesses and their reports | 6/1/10 |
| Pleading amendment deadline | 6/1/10 |
| Merits discovery deadline | 6/29/10 |
| Dispositive motion deadline | 7/15/10 |
| Plaintiffs file pretrial statement | 8/16/10 |
| Defendants file pretrial statement | 8/30/10 |

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 2**08568340.doc**

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

| Conference to prepare pretrial order | 9/14/10 |
| --- | --- |
| Mediation to be completed | 11/01/10 |
| Pretrial Order due | 2/18/11 |
| Trial briefs, jury instructions and voir dire due | 2/22/11 |
| Trial date | 2/28/11 |

TERRELL MARSHALL & DAUDT PLLC

By: s/ Beth E. Terrell
    Beth E. Terrell, WSBA #26759
Email: bterrell@tmdlegal.com
Toby J. Marshall, WSBA #32726
Email: tmarshall@tmdlegal.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@tmdlegal.com
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528


SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

Miranda P. Kolbe
mkolbe@schubertlawfirm.com
Robert C. Schubert
rschubert@schubertlawfirm.com
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: 415.788.4220
Facsimile: 415.788.0161

*Counsel for Plaintiff and Third Party Defendant*

/s/ James H. Hanson
James H. Hanson
jhanson@scopelitis.com
David D. Robinson
drobinson@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 3
08568340.doc

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

| | |
|---|---|
| 1 | & FEARY, P.C.<br>10 W. Market Street, Suite 1500<br>Indianapolis, IN 46204<br>Telephone: (317) 637-1777<br>Facsimile: (317) 687-2414 |
| 2 | |
| 3 | |
| 4 | John R. Ruhl, WSBA #8558<br>jruhl@einsenhowerlaw.com<br>Timothy E. Steen, WSBA #35560<br>tsteen@eisenhowerlaw.com<br>EISENHOWER & CARLSON, PLLC<br>1202 Third Avenue, Suite 1650<br>Seattle, WA 98101<br>Telephone: (206) 382-1830<br>Facsimile: (253) 382-1920 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | *Counsel for Defendant, Counter-Plaintiff and Third-Party Plaintiff* |

## II. ORDER

Based on the stipulation of the parties and for good cause shown, the Court Orders that the following schedule govern this case:

| Event | Deadline |
|---|---|
| Deadline for completing class certification discovery | 6/01/09 |
| Plaintiffs file motion for class certification | 6/15/09 |
| Defendants file opposition to motion for class certification | 7/22/09 |
| Plaintiffs file reply in support of motion for class certification | 8/21/09 |
| Hearing on motion for class certification | **10/8/09 at 9:00 a.m.** |
| Disclosure of expert witnesses and their reports | 5/3/10 |
| Disclosure of rebuttal expert witnesses and their reports | 6/1/10 |
| Pleading amendment deadline | 6/1/10 |
| Merits discovery deadline | 6/29/10 |
| Dispositive motion deadline | 7/15/10 |
| Plaintiffs file pretrial statement | 8/16/10 |

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 4**08568340.doc**

| | |
|---|---|
| Defendants file pretrial statement | 8/30/10 |
| Conference to prepare pretrial order | 9/14/10 **(This conference is between the parties and does not involve a court hearing.)** |
| Mediation to be completed | 11/01/10 |
| Pretrial Order due | **2/17/11** |
| Trial briefs, jury instructions and voir dire due | 2/22/11 |
| Trial date | 2/28/11 |

The deadlines and hearing date previously set by the Court in the Order at Docket No. 45 are hereby vacated.

DATED this 23rd day of March, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 5**08568340.doc**

# CERTIFICATE OF SERVICE

I, Beth Terrell, hereby certify that on March 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James H. Hanson
jhanson@scopelitis.com
David D. Robinson
drobinson@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.
10 W. Market Street, Suite 1500
Indianapolis, IN 46204
Telephone: (317) 637-1777
Facsimile: (317) 687-2414

John R. Ruhl, WSBA #8558
jruhl@einsenhowerlaw.com
Timothy E. Steen, WSBA #35560
tsteen@eisenhowerlaw.com
EISENHOWER & CARLSON, PLLC
1202 Third Avenue, Suite 1650
Seattle, WA 98101
Telephone: (206) 382-1830
Facsimile: (253) 382-1920

*Counsel for Defendant, Counter-Plaintiff and Third-Party Plaintiff*

DATED this 19th day of March, 2009.

                               TERRELL MARSHALL & DAUDT PLLC

                               By: s/Beth E. Terrell_____
                                  Beth E. Terrell, WSBA #26759
                                  bterrell@tmdlegal.com
                                  Toby J. Marshall
                                  tmarshall@tmdlegal.com
                                  Jennifer Rust Murray
                                  jmurray@tmdlegal.com
                                  3600 Fremont Avenue N.
                                  Seattle, Washington 98103
                                  Telephone: 206.816.6603
                                  Facsimile: 206.350.3528

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 6 **08568340.doc**

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

| | |
|---|---|
| 1 | SCHUBERT JONCKHEER KOLBE |
| 2 | & KRALOWEC LLP |
| 3 | Miranda P. Kolbe |
| | mkolbe@schubertlawfirm.com |
| 4 | Robert C. Schubert |
| | rschubert@schubertlawfirm.com |
| 5 | Three Embarcadero Center, Suite 1650 |
| | San Francisco, California 94111 |
| 6 | Telephone: 415.788.4220 |
| | Facsimile: 415.788.0161 |
| 7 | |
| 8 | *Counsel for Plaintiff and Third Party Defendant* |

STIPULATION AND ORDER AMENDNG CASE SCHEDULE - 7**08568340.doc**

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue North
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528